# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

CASE NO. 9:12-cv-80675-WJZ

**John Pinson**

    Plaintiff.

vs

**MIDLAND FUNDING LLC, et al.**

    Defendants/

FILED by _____ D.C.

NOV 2 0 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## AFFIDAVIT OF JOHN PINSON
## SUBMITTED IN SUPPORT OF PLAINTIFF'S MEMORANDUM TO THE COURT
## IN REFERENCE TO THE VIOLATION OF THE LAW

I, John Pinson, the Plaintiff in the above styled action, DECLARE:

1. I am the Plaintiff in the above-entitled case.

2. This affidavit is made in support of my Notice and Memorandum to the Court.

3. Plaintiff has found that on or about September, 2009 Defendant obtained the Plaintiff's credit report without any permissible purpose. The Defendant has continuously and flagrantly violated of the law in regards to the Fair Credit Reporting Act (FCRA) 15 USC § 1681, et seq. Attached to this affidavit is "Plaintiff's Exhibit 035" which show how the Defendant obtained the Plaintiff's report in anticipation of litigation in direct violation to the FCRA.

4. Plaintiff has found that on or about February, 2011 the Defendant obtained the Plaintiff's credit report without any permissible purpose. The Defendant has continuously and flagrantly violated of the law in regards to the Fair Credit Reporting Act (FCRA) 15 USC § 1681, et seq. Attached to this affidavit is "Plaintiff's Exhibit 036" which show how the

Defendant obtained the Plaintiff's report in anticipation of litigation in direct violation to the FCRA.

5. "Plaintiff's Exhibit 037" shows the Defendant in the Trans Union report, dated October 21, 2011 and this shows how now, AFTER litigation has commenced, the Defendant accessed the Plaintiff's report on: August 1, 2011. Therefore, Defendant has again broken the law by obtaining Plaintiff's information under false pretenses [15 U.S.C. § 1681q] which is fineable under title 18, United States Code, and subject to imprisonment for not more than 2 years, or both. Additionally, Defendant has also broken the law by pulling Plaintiff's credit report during litigation.

6. "Plaintiff's Exhibit 038" shows the Defendant in the Trans Union report, dated January 27, 2012 and this shows how now, AFTER litigation has commenced, the Defendant accessed the Plaintiff's report on: September 1, 2012. Therefore, Defendant has again broken the law by obtaining Plaintiff's information under false pretenses [15 U.S.C. § 1681q] which is fineable under title 18, United States Code, and subject to imprisonment for not more than 2 years, or both. Additionally, Defendant has also broken the law by pulling Plaintiff's credit report during litigation.

7. "Plaintiff's Exhibit 039" shows the Defendant in the Trans Union report, dated April 4, 2012 and this shows how now, AFTER litigation has commenced, the Defendant accessed the Plaintiff's report on: February 1, 2012. Therefore, Defendant has again broken the law by obtaining Plaintiff's information under false pretenses [15 U.S.C. § 1681q] which is fineable under title 18, United States Code, and subject to imprisonment for not more than 2 years, or both. Additionally, Defendant has also broken the law by pulling Plaintiff's credit report during litigation.

8. "Plaintiff's Exhibit 040" shows the Defendant in the Trans Union report, dated October 1, 2012 and this continues to show how, AFTER litigation has commenced, the Defendant accessed the Plaintiff's report on: May 6, 2012. Therefore, Defendant has

again broken the law by obtaining Plaintiff's information under false pretenses [15 U.S.C. § 1681q] which is fineable under title 18, United States Code, and subject to imprisonment for not more than 2 years, or both. Additionally, Defendant has also broken the law by pulling Plaintiff's credit report during litigation.

9.  The copies identified as "Plaintiff's Exhibits 035, 036, 037, 038, 039, and 040" attached hereto are true and correct copies of the originals provided to the Plaintiff by TransUnion Credit Reporting Agency.

10. The foregoing is within my personal knowledge, and if called as a witness, I could competently testify thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of November, 2012, in Palm Beach County, Florida.

_____
John Pinson

STATE OF FLORIDA

COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 20th day of November, 2012, by JOHN PINSON, who is <u>personally known to me</u> or who has produced _____, as identification and did take an oath.

NOTARY PUBLIC

SIGN: Deborah S Gambarrotti

PRINT: Deborah S Gambarrotti

State of Florida at Large (Seal)

My Commission Expires:

DEBORAH S GAMBARROTTI
COMMISSION # DD914593
EXPIRES AUG 6 2013
BONDED THROUGH
RLI INSURANCE COMPANY

# PLAINTIFF'S EXHIBIT # 035



**MIDLAND CREDIT MGMT INC**
pe
8875 AERO DR STE 2
SAN DIEGO, CA 92123
(800) 265-8825

**Requested On:** 09/2009

**Permissible Purpose:** COLLECTION

https://annualcreditreport.transunion.com/products/single/viewPrintableReport.jsp?printVi...   3/15/2010

# PLAINTIFF'S EXHIBIT # 036



**MIDLAND CREDIT MGMT INC**
8875 AERO DR STE 2
SAN DIEGO , CA 92123
(800) 265-8825
Requested On: 02/2011

https://annualcreditreport.transunion.com/products/single/viewPrintableReport.jsp?printVi...   3/23/2011

# PLAINTIFF'S EXHIBIT # 037



**MIDLAND CREDIT MGMT INC**
8875 AERO DR STE 200
SAN DIEGO, CA 92123
(800) 825-8131
Requested On: 08/01/2011

# PLAINTIFF'S EXHIBIT # 038



**MIDLAND CREDIT MGMT INC**
8875 AERO DR STE 200
SAN DIEGO, CA 92123
(800) 825-8131
Requested On: 09/01/2011

https://disclosure.transunion.com/products/single/viewPrintableReportCRS3.jsp?printView... 1/27/2012

# PLAINTIFF'S EXHIBIT # 039



**MIDLAND CREDIT MGMT INC**
8875 AERO DR STE 200
SAN DIEGO, CA 92123
(800) 825-8131
Requested On: 02/01/2012



**PLAINTIFF'S EXHIBIT # 040**

MIDLAND CREDIT MGMT INC
8875 AERO DR STE 200

SAN DIEGO, CA  92123
(800) 825-8131
Requested On: 05/06/2012
Permissible Purpose: COLLECTION