UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80675-CIV-ZLOCH

JOHN PINSON,

    Plaintiff,

vs.                                **ORDER TO SHOW CAUSE**

MIDLAND FUNDING, LLC, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    By prior Order (DE 45), the Court directed the Parties to agree upon a mediator within fifteen (15) days from the date of said Order, March 21, 2013, and to file a Notice of Selection with the Clerk of this Court reflecting the same within five (5) days after a mediator is selected. The Order (DE 45) also directed the Parties to notify the Court of the date of mediation within 15 days of the selection of the mediator. As of the date of this Order, no Notice indicating the selection of the mediator or the date of mediation has been filed within the time prescribed.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. By <u>noon</u> on <u>Friday, April 19, 2013</u>, Counsel for Plaintiff shall file a Notice with the Court in compliance with the terms and conditions of the Court's prior Order Of Referral To Mediation (DE

45); and

    2. Upon the failure of any Party to comply with the terms and conditions of this Order, the Court may impose an appropriate sanction upon the Parties including but not limited to the dismissal of the above-styled cause without further notice or hearing.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    15th    day of April, 2013.

                                         WILLIAM J. ZLOCH
                                         United States District Judge

Copies furnished:

All Counsel of Record