UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED by _____ D.C.
APR 19 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO. 9:12-cv-80675-WJZ

**John Pinson**, *pro se*

    Plaintiff.

vs

**MIDLAND FUNDING LLC, et al.**

    Defendants/

## NOTICE OF AGREEMENT OF THE PARTIES UPON A MEDIATOR

Plaintiff, John Pinson, *pro se*, pursuant to the Court's Order of Referral to Mediation [DE 45], files this Notice of Agreement of the Parties Upon a Mediator.

The parties have agreed to use John W. Salmon, Esq. (Salmon & Dulberg Dispute Resolution) for mediation of this case [see attached Exhibit 1].

The parties are jointly coordinating the mediation conference place, date and time.

The parties will comply with the Court's Order [DE 45] regarding notification to the Court of the place, date and time of mediation conference, and all other terms of the Court's Order [DE 45] including timely completion of the mediation.

                            Dated April 18, 2013

                            Respectfully Submitted,

                            John Pinson, *pro se*
                            526 Westwood Road
                            West Palm Beach, Florida 33401
                            561-329-2524
                            john@pinson.com

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document is being served upon the below named parties via first class U.S. mail.

Signed April 18, 2013

John Pinson

**R. F. Springfield, Esq.**
Burr & Forman, LLP
200 S. Orange Ave., Ste. 800
Orlando, FL 32801

*Counsel of Record for the Defendants:*
Midland Funding LLC.
Midland Credit Management Inc.
Encore Capital Group Inc.

**C.J. McHale, Jr., Esq.**
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, Florida 33609

*Counsel of Record for the Defendants:*
Sprechman & Associates, P.A.
Steven B. Sprechman
Scott E. Modlin
Linda E. Singer

**John D Pinson**

| | |
|---|---|
| **From:** | Charles McHale <CMcHale@gsgfirm.com> |
| **Sent:** | Thursday, April 18, 2013 4:12 PM |
| **To:** | John D Pinson |
| **Cc:** | Golden Dale; 'Springfield, Frank' |
| **Subject:** | Re: Pinson v. Midland et al. |



Exhibit 1-1

No opposition to john salmon.

*Charles J. McHale, Esq.*
*GOLDEN SCAZ GAGAIN, PLLC*
*P: 813-251-3688*
*F: 813-251-3675*

*Sent from my Verizon Wireless 4G LTE DROID*

John D Pinson <john@pinson.com> wrote:

Mr. McHale,

I have called your office several times and left detailed voice mail.

Please let us know if you are opposed to John Salmon as mediator. Mr. Salmon has Ample time available for this matter on several dates throughout the month prior to our cut off for mediation, or even earlier.

Please, we need a reply of some sort. Mr. Springfield had e-mailed you on April 15, 2013 about this matter.

Thanks!

John

---

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Thursday, April 18, 2013 1:59 PM
**To:** 'Springfield, Frank'
**Cc:** 'Dale Golden'; 'Charles McHale'
**Subject:** RE: Pinson v. Midland et al.
**Importance:** High

Frank,

Thank you for your call. I am glad we can agree on the mediator. I have had no reply from Mr. McHale and understand you have not either.

John

---

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Thursday, April 18, 2013 1:30 PM
**To:** 'Springfield, Frank'

1

**Cc:** 'Dale Golden'; 'Charles McHale'
**Subject:** RE: Pinson v. Midland et al.
**Importance:** High

Exhibit 1-2

Frank,

John Salmon is fine.  Thanks!

John

**From:** Springfield, Frank [mailto:fspringfield@burr.com]
**Sent:** Monday, April 15, 2013 3:23 PM
**To:** 'John D Pinson'
**Cc:** 'Dale Golden'; 'Charles McHale'
**Subject:** Pinson v. Midland et al.

John,

Midland is agreeable to using John Salmon as a mediator in this case.  If this is not agreeable, please let me know.



R. Frank Springfield • *Partner*

**Birmingham Office** • map it

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203
direct 205-458-5187 • fax 205-244-5707 • main 205-251-3000

**Orlando Office** • map it

Suite 800 • 200 South Orange Avenue • Orlando, Florida 32801
direct 407-540-6685 • fax 407-641-9268 • main 407-540-6600

fspringfield@burr.com • www.burr.com



ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.

2