

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### CASE NO. 9:12-cv-80675-WJZ

**John Pinson,** *pro se*

    Plaintiff.

vs

**MIDLAND FUNDING LLC, et al.**

    Defendants/

## NOTICE OF COMPLIANCE

To The Judge of this Honorable Court:

    The Plaintiff, *pro se* does hereby file this Notice of Compliance with the Court's Order to Show Cause [DE 47] and shows:

1. Plaintiff is *pro se* and without counsel or support staff.

2. Due to critical family medical emergency Plaintiff did not had access to files, internet or computer for extended period of time.

3. For reasons unknown, Plaintiff did not receive the Court's Order of Referral to Mediation [DE 45] via US Mail.

4. Plaintiff did receive the Court's Order to Show Cause [DE 47] via US Mail on April 18, 2013, and did promptly contact opposing counsel and select mediator.

5. Plaintiff did file a Notice of Agreement of the Parties Upon a Mediator

6. Parties are actively coordinating selection of place, date and time for mediation. Plaintiff will timely notice the Court of selection per Order [DE 45 ¶ 3].

Dated April 18, 2013

Respectfully Submitted,

_____
John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document is being served upon the below named parties via first class U.S. mail.

Signed April 18, 2013

_____
John Pinson

**R. F. Springfield, Esq.**
Burr & Forman, LLP
200 S. Orange Ave., Ste. 800
Orlando, FL 32801

*Counsel of Record for the Defendants:*
Midland Funding LLC.
Midland Credit Management Inc.
Encore Capital Group Inc.

**C.J. McHale, Jr., Esq.**
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, Florida 33609

*Counsel of Record for the Defendants:*
Sprechman & Associates, P.A.
Steven B. Sprechman
Scott E. Modlin
Linda E. Singer