```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

             CASE NO. 12-80675-CIV-ZLOCH
```

JOHN PINSON,

    Plaintiff,

vs.                                    **ORDER OF INSTRUCTIONS**
                                               **TO PRO SE LITIGANT**

MIDLAND FUNDING LLC, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire Court file herein, and noting that a Notice Of Appearance has not been filed on behalf of Plaintiff Kenneth A. Frank and that it is essential that the pro se litigant understand certain procedural information, it is

    **ORDERED AND ADJUDGED** as follows:

    1. No Letters shall be sent to the Clerk of the Court or to any District Judge or Magistrate Judge concerning this case. All letters will be ignored. A pro se litigant may file a motion, a memorandum, any pleading allowed by the procedural rules, or any document by the Court, but no letters will receive a response.

    2. No Motions, memoranda, or pleadings shall be sent via facsimile to this Court or delivered to the Chambers of the undersigned.

    3. A pro se litigant and his or her family, friends, or acquaintances shall not call any Judge's chambers for any reason. No information about the case can be obtained from the Judge's staff. Brief case status information contained on the docket sheet may be available from the Clerk of Court, but no Court employee can

provide legal advice to any litigant, pro se or otherwise.

    4.  A pro se litigant must promptly notify the Court in writing of any change of his or her address.  This notice must be provided on a paper labeled "Notice Of Change Of Address" and must include the case number, the litigant's name, and the new address.  A copy must be sent to counsel for the opposing side, and the notice shall include a certificate of service that a copy has been sent to counsel for the opposing side.  Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___6th___ day of May, 2013.

                                            _/s/ William J. Zloch_
                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

John Pinson, Pro Se
526 Westwood Road
West Palm Beach, FL 33401

All Counsel of Record