**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:12-cv-80675-WJZ

FILED by _____ D.C.
MAY 03 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - W.P.B.

**John Pinson**, *pro se*

    Plaintiff.

vs

**MIDLAND FUNDING LLC, et al.**

    Defendants/

**NOTICE OF INABILITY TO SCHEDULE MEDIATION**

Plaintiff, John Pinson, *pro se*, pursuant to the Court's Order of Referral to Mediation [DE 45], files this Notice of Inability to Schedule Mediation.

Plaintiff has made diligent efforts to comply with the Court's Order of Referral to Mediation.

The parties have agreed to use John W. Salmon, Esq. for mediation of this case [DE 48].

Location for Mediation at Salmon's West Palm Beach office has thus far been unopposed.

Plaintiff has made diligent efforts to schedule mediation with counsels for the defendants by both telephone calls (unanswered) and e-mails [see attached Exhibit 1].

Plaintiff hereby notifies the Court that as of this date he is unable to secure a commitment to a specific Date and Time from the opposing parties.

Plaintiff notes: Attorney Springfield represents three (3) defendants; and, attorney McHale represents four (4) defendants in this matter. McHale and Springfield must communicate with their clients to coordinate and arrive upon a mutually agreeable date and time.

Plaintiff respectfully asks the Court to remind counsels for the defendants that a date and time needs to be agreed upon by parties to be in compliance with the Courts order.

Notice of Inability to Schedule Mediation - Page **1** of 2

Dated May 3, 2013

Respectfully Submitted,

_____
John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document is being served upon the below named parties via first class U.S. mail.

Signed May 3, 2013

_____
John Pinson

**R. F. Springfield, Esq.**
Burr & Forman, LLP
200 S. Orange Ave., Ste. 800
Orlando, FL 32801

*Counsel of Record for the Defendants:*
Midland Funding LLC.
Midland Credit Management Inc.
Encore Capital Group Inc.

**C.J. McHale, Jr., Esq.**
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, Florida 33609

*Counsel of Record for the Defendants:*
Sprechman & Associates, P.A.
Steven B. Sprechman
Scott E. Modlin
Linda E. Singer

**John D Pinson**

___

**From:** John D Pinson <john@pinson.com>
**Sent:** Friday, May 03, 2013 1:31 PM
**To:** 'Charles McHale'; 'Springfield, Frank'
**Subject:** RE: Pinson v. Midland, et al

**Exhibit 1**

**Importance:** High

Gentlemen,

As of now, I have received no updates from either you regarding the availability of your clients for the court ordered mediation per DE-45.

I need to notice the Court today on date/time selection; it has been 15 days since we agreed upon John Salmon as mediator.

Please advise!

John

___

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Wednesday, May 01, 2013 7:26 PM
**To:** 'Charles McHale'; 'Springfield, Frank'
**Subject:** RE: Pinson v. Midland, et al
**Importance:** High

Frank,

Will any of the remaining dates work for you?

Thursday, July 25, 2013
Monday, July 29, 2013
Tuesday, July 30, 2013

John

___

**From:** Charles McHale [mailto:CMcHale@gsgfirm.com]
**Sent:** Wednesday, May 01, 2013 7:17 PM
**To:** John D Pinson; Springfield, Frank
**Subject:** RE: Pinson v. Midland, et al

Tuesday, July 23 does not work for me. I will contact my client and see if any/all of the remaining dates works for them.

PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS

Charles J. McHale, Esq.
GOLDEN SCAZ GAGAIN, PLLC

1



1/4

**(813) 251-3688 (direct line)**
**(813) 251-3675 (fax)**
**Email: cmchale@gsgfirm.com**

---

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Wednesday, May 01, 2013 4:37 PM
**To:** Charles McHale; 'Springfield, Frank'
**Subject:** RE: Pinson v. Midland, et al
**Importance:** High

Mr. Mchale,

Would any of the following dates starting at 2 pm:

Tuesday, July 23, 2012
Thursday, July 25, 2013
Monday, July 29, 2013
Tuesday, July 30, 2013

Please advise!

John

---

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Monday, April 29, 2013 2:52 PM
**To:** 'Charles McHale'; 'Springfield, Frank'
**Subject:** RE: Pinson v. Midland, et al

What are your vacation dates so we can reschedule.

Thanks!

---

**From:** Charles McHale [mailto:CMcHale@gsgfirm.com]
**Sent:** Monday, April 29, 2013 2:33 PM
**To:** John D Pinson; Springfield, Frank
**Subject:** RE: Pinson v. Midland, et al

I'm not available on August 5. I will be out of vacation.

## PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS

**Charles J. McHale, Esq.**
**GOLDEN SCAZ GAGAIN, PLLC**
**(813) 251-3688 (direct line)**
**(813) 251-3675 (fax)**
**Email: cmchale@gsgfirm.com**

---

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Monday, April 29, 2013 12:33 PM
**To:** Springfield, Frank; Charles McHale

2

2/4

**Subject:** Pinson v. Midland, et al
**Importance:** High

Gentlemen,

We can mediate with John Salmon on August 5, 2013 at 2 PM at his West Palm Beach location.

Please advise!

Thanks!

John Pinson

3/4

# John D Pinson

**From:** Springfield, Frank <fspringfield@burr.com>
**Sent:** Monday, April 29, 2013 12:37 PM
**To:** 'John D Pinson'; 'Charles McHale'
**Subject:** RE: Pinson v. Midland, et al

That date works for me.  Let me check with my client.

**BURR ∴ FORMAN LLP**
*results matter*

**R. Frank Springfield** • *Partner*

**Birmingham Office** • map it
Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203
direct 205-458-5187 • fax 205-244-5707 • main 205-251-3000

**Orlando Office** • map it
Suite 800 • 200 South Orange Avenue • Orlando, Florida 32801
direct 407-540-6685 • fax 407-641-9268 • main 407-540-6600

fspringfield@burr.com • www.burr.com



ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Monday, April 29, 2013 11:33 AM
**To:** Springfield, Frank; Charles McHale
**Subject:** Pinson v. Midland, et al
**Importance:** High

Gentlemen,

We can mediate with John Salmon on August 5, 2013 at 2 PM at his West Palm Beach location.

Please advise!

4/4

1