IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN PINSON,

      Plaintiff,

v.

MIDLAND FUNDING LLC; MIDLAND
CREDIT MANAGEMENT, INC.; ENCORE
CAPITAL GROUP, INC; SPRECHMAN AND
ASSOCIATES, P.A.; STEPHEN SPRECHMAN;
SCOTT MODLIN; AND LINDA E. SINGER,

      Defendants.
_____/

CIVIL ACTION NO.
9:12-CV-80675-WJZ

## NOTICE OF SETTLEMENT

**COME NOW** defendants Midland Funding, LLC, Midland Credit Management, Inc. and Encore Capital Group, Inc. (collectively, "Midland Defendants"), by and through their undersigned counsel, and hereby inform the Court that a settlement of the present matter has been reached as to all claims of plaintiff John Pinson against the Midland Defendants <u>only</u>.

The Midland Defendants therefore, request that this Honorable Court give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted this 15th day of August, 2013,

                              *s/R. Frank Springfield*
                              R. Frank Springfield (FL Bar No. 10871)
                              Nicholas S. Agnello (FL Bar No. 0090844)

BURR & FORMAN LLP
Las Olas Centre I
450 East Las Olas Boulevard
Suite 700
Fort Lauderdale, Florida  33301
Telephone: (954) 414-6200
Facsimile: (954) 414-6201
fspringfield@burr.com
nagnello@burr.com

Attorneys for Defendants
MIDLAND FUNDING LLC; MIDLAND CREDIT MANAGEMENT, INC. AND ENCORE CAPITAL GROUP, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 15th day of August, 2013:

John Pinson
526 Westwood Road
West Palm Beach, FL  33401

Dale T. Golden
Charles J. Hale
GOLDEN & SCAZ, PLLC
201 North Armenia Avenue
Tampa, Florida 33609

*s/R. Frank Springfield*
OF COUNSEL