UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 9:12-cv-80675-WJZ

**John Pinson**

    *Plaintiff,*

vs

**MIDLAND FUNDING LLC, et al.**

    *Defendant/*

*FILED by ___ D.C.*
*AUG 16 2013*
*STEVEN M. LARIMORE*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. - W.P.B.*

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, John Pinson, and hereby informs the Court that a settlement of the present matter has been reached between Plaintiff, John Pinson, and Defendants: Midland Credit Management Inc.; Midland Funding LLC.; and, Encore Capital Group Inc., in this cause of action.

The aforementioned parties have concluded a settlement agreement, and the Plaintiff will file a Stipulation of Dismissal with Prejudice after the conclusion of all final matters.

                                            Respectfully Submitted,

                                            John Pinson
                                            526 Westwood Road
                                            West Palm Beach, Florida 33401
                                            561-329-2524
                                            john@pinson.com

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document is being served upon the below named parties via first class U.S. mail.

Signed August 15, 2013

John Pinson

**R. F. Springfield, Esq.**
Burr & Forman, LLP
200 S. Orange Ave., Ste. 800
Orlando, FL 32801

*Counsel of Record for the Defendants:*
Midland Funding LLC.
Midland Credit Management Inc.
Encore Capital Group Inc.

**C.J. McHale, Jr., Esq.**
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, Florida 33609

*Counsel of Record for the Defendants:*
Sprechman & Associates, P.A.
Steven B. Sprechman
Scott E. Modlin
Linda E. Singer