IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN PINSON,

    Plaintiff,

v.

MIDLAND FUNDING LLC; MIDLAND CREDIT MANAGEMENT, INC.; ENCORE CAPITAL GROUP, INC; SPRECHMAN AND ASSOCIATES, P.A.; STEPHEN SPRECHMAN; SCOTT MODLIN; AND LINDA E. SINGER,

    Defendants.

CIVIL ACTION NO.
9:12-CV-80675-WJZ

_____/

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff John Pinson ("Plaintiff") and Midland Funding, LLC, Midland Credit Management, Inc. and Encore Capital Group, Inc. (collectively, "Midland Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against the Midland Defendants only in the above-styled action, with Plaintiff and the Midland Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 4th day of September, 2013.

_____
John Pinson
526 Westwood Road
West Palm Beach, FL 33401

2112121 v1

2

*s/R. Frank Springfield*
R. Frank Springfield (FL Bar No. 10871)
Nicholas S. Agnello (FL Bar No. 0090844)

BURR & FORMAN LLP
Las Olas Centre I
450 East Las Olas Boulevard
Suite 700
Fort Lauderdale, Florida  33301
Telephone: (954) 414-6200
Facsimile: (954) 414-6201
fspringfield@burr.com
nagnello@burr.com

Attorneys for Defendants
MIDLAND FUNDING LLC; MIDLAND CREDIT MANAGEMENT, INC. AND ENCORE CAPITAL GROUP, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 4ᵗʰ day of ~~August~~ September, 2013:

John Pinson
526 Westwood Road
West Palm Beach, FL  33401

Dale T. Golden
Charles J. Hale
GOLDEN & SCAZ, PLLC
201 North Armenia Avenue
Tampa, Florida 33609

*s/R. Frank Springfield*
OF COUNSEL