IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  9:12-cv-80675

JOHN PINSON,

    Plaintiff,

vs.

MIDLAND FUNDING, LLC
MIDLAND CREDIT MANAGEMENT, INC.,
ENCORE CAPITAL GROUP, INC.,
SPRECHMAN & ASSOCIATES P.A.
STEVEN B. SPRECHMAN
SCOTT E. MODLIN
LINDA E. SINGER

    Defendant.
_____/

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, S.D. Fla. L.R. 7.5, Defendants SPRECHMAN & ASSOCIATES P.A., STEVEN B. SPRECHMAN, SCOTT E. MODLIN and LINDA E. SINGER, (hereinafter "Defendants" or "Sprechman Defendants") file the following statement of undisputed material facts.

1. On June 22, 2012 Plaintiff filed an Amended Complaint alleging that Defendants, SPRECHMAN & ASSOCIATES P.A., STEVEN B. SPRECHMAN, SCOTT E. MODLIN and LINDA E. SINGER violated the Florida Consumer Collection Practices Act ("FCCPA") Fla. Stat. §559 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692 *et seq.*, and Florida Law Invasion of Privacy.

2. Midland hired Sprechman & Associates PA as it agent to collect an alleged debt from Plaintiff and to sue in state court to collect the alleged debt.

3. It is undisputed that on May 19, 2011, Defendants filed a lawsuit against John Pinson in the County Court in and for Palm Beach County on behalf of its client Midland Funding LLC as successor in interest to Citibank.

4. On or around June 25, 2011, Plaintiff was served with the underlying state court action.

5. Defendants represented its client, Midland Funding LLC throughout the underlying state court collection proceedings filed against Mr. Pinson.

6. On or about July 9, 2011, Plaintiff received from the Sprechman Defendant(s) a Dunning letter signed by Steven Sprechman, Esq and dated June 29, 2011 on Law Offices of Sprechman and Associates PA letterhead.

7. On or about July 11, 2011, Plaintiff mailed the Sprechman Defendants a cease and desist letter per section 805(b) of the FDCPA notifying the debt collect in writing that the debt was disputed. The July 11, 2011, specifically states as follows:

   > This letter and fax will serve as your legal notice … under 1692(c)… to cease and deist from all telephone communication with myself in regards to the alleged debt that your firm is attempting to collect.
   >
   > I demand that all further correspondence must be done by WRITTEN CORRESPONDENCE to the address indicated at the top of this page.

8. On or about August 18, 2011, Plaintiff sent the Sprechman Defendants written communication requesting Validation of the alleged debt per 15 U.S.C § 1692g.

9. On or about August 31, 2011, Plaintiff received written communication from Soctt Modlin of Sprechman & Associates PA which validated the debt per 15 U.S.C § 1692g.

10. The only allegations contained in Plaintiff's Amended Complaint that alleges that Defendant(s) violated 15 U.S.C § 1692g are:

a. On September 19, 2011, Linda Singer caused to be filed with the Palm Beach County Clerk of Court and did serve Plaintiff by Mail: Motion to Compel Better Answers to Discovery. *See ¶* 73 of DE 8.

b. On September 20, 2011, Linda Singer caused to be filed with the Palm Beach County Clerk of Court and did serve Plaintiff by Mail: Response to Request for Admissions. *See ¶* 74 of DE 8.

c. On September 20, 2011, Linda Singer caused to be filed with the Palm Beach County Clerk of Court and did serve Plaintiff by Mail: Motion for Mediation, and Motion for Mediation by Telephone. *See ¶* 86 of DE 8.

d. On September 19, 2011, Linda Singer caused to be filed with the Palm Beach County Clerk of Court and did serve Plaintiff by Mail: Notice of Mediation. *See ¶* 88 of DE 8.

e. On October 20, 2011, Linda Singer caused to be filed with the Palm Beach County Clerk of Court and did serve Plaintiff by Mail: Notice of Filing with 3 attachments. *See ¶* 90 of DE 8.

f. On October 21, 2011, Linda Singer caused to be filed with the Palm Beach County Clerk of Court and did serve Plaintiff by Mail: Re-Notice of Mediation. *See ¶* 92 of DE 8.

g. On October 20, 2011, Linda Singer caused to be filed with the Palm Beach County Clerk of Court and did serve Plaintiff by Mail: Objections and Motion to Strike Interrogatories. *See ¶* 93 of DE 8.

    h. On October 28, 2011, Linda Singer caused to be filed with the Palm Beach County Clerk of Court and did serve Plaintiff by Mail: Re-Notice of Mediation. *See ¶* 94 of DE 8.

    i. On November 11, 2011, Linda Singer caused to be filed with the Palm Beach County Clerk of Court and did serve Plaintiff by Mail: Notice of Cancellation of Mediation. *See ¶* 95 of DE 8.

    j. On November 14, 2011, Linda Singer, Esq. mailed a copy of the letter to Plaintiff which requested to him to execute the ID Theft Affidavit. *See ¶* 100 and 101 of DE 8.

    k. On February 2, 2012, Sprechman and Associates P.A. caused to be filed with the Palm Beach County Clerk of Court and did serve Plaintiff by Mail: Notice of Cancellation of Mediation. *See ¶* 102 of DE 8.

11. On April 24, 2012, Plaintiff received Notice of Voluntary Dismissal without prejudice of the underlying state court collection against filed against him by Midland Funding, LLC.

12. Plaintiff's allegations solely relate to litigation activities of the Defendants', i.e. Defendants initiation of and prosecution of the state court collections case against Plaintiff, John Pinson.

    Respectfully Submitted:

    By: /s/ Charles J. McHale
    Charles J. McHale, Esquire
    Florida Bar No.: 0026555
    GOLDEN SCAZ GAGAIN, PLLC
    201 North Armenia Avenue
    Tampa, Florida  33609
    Telephone: (813) 251-5500
    Facsimile:  (813) 251-3675
    E-mail: cmchale@gsgfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished U.S. Mail to John Pinson, Pro Se, 526 Westwood Road, West Palm Beach, FL 33401 on this 16th day of September, 2013.

/s/ Charles J. McHale
Charles J. McHale, Esquire
Florida Bar No.: 0026555
***Attorneys for Defendant***