# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:12-cv-80675-WJZ



**John Pinson,** *pro se*

    Plaintiff.

**vs**

**MIDLAND FUNDING LLC, et al.**

    Defendants/

### PLAINTIFF *PRO SE'S* MOTION FOR ENLARGMENT OF TIME TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

The Plaintiff *pro se*, John Pinson, files this Motion for Enlargement of Time and in support thereof would show:

1. The current response deadline for the Motion for Summary Judgment is October 3, 2013.

2. The Defendant did file a flurry of motions including a lengthy motion for summary judgment, and the Plaintiff *pro se's* work requirements have restricted his time to research a proper response and the Plaintiff *pro se* is experiencing severe eyestrain where he cannot spend long periods on the computer.

3. Plaintiff is *pro se*, does not have a support staff, and he requires a 21 day enlargement of time to complete his research and to file a proper response to the Defendant's Motion for Summary Judgment in this Court.

4. This is the Plaintiff *pro se's* first application for an extension of time in this case; this Motion is filed in good faith, not for any purpose of undue delay, and if granted will not prejudice Defendant or unduly delay these proceedings.

5. In good faith, the Plaintiff *pro se* did confer with the Defendant's counsel who did object to this motion.

**WHEREFORE**, the Plaintiff *pro se* respectfully moves this Court to issue an Order extending the time for Plaintiff *pro se* to respond to Defendant's Motion for Summary Judgment up through and including October 24, 2013.

Dated September 27, 2013                Respectfully Submitted,

_____
John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document is being served upon the below named parties in the service list via first class U.S. mail.

Signed Septermber 27, 2013

_____
John Pinson, *pro se*

**Service List**

**C.J. McHale, Jr., Esq.**
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, Florida 33609

*Counsel of Record for the Defendants:*
Sprechman & Associates, P.A.
Steven B. Sprechman
Scott E. Modlin
Linda E. Singer