UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-80675-CIV-ZLOCH/OTAZO-REYES

JOHN PINSON,

    Pro se Plaintiff,

vs.

MIDLAND FUNDING LLC, et al.

    Defendants.
_____/

ORDER

THIS CAUSE came before the Court upon Pro se Plaintiff John Pinson's ("Pinson") Motion for Enlargement of Time to Respond to Defendants' Motion for Summary Judgment [D.E. 62] (hereafter, "Motion for Enlargement of Time"). This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable William J. Zloch, United States District Judge [D.E. 18].

Upon due consideration, it is

ORDERED AND ADJUDGED that Pinson's Motion for Enlargement of Time [D.E. 62] is **GRANTED IN PART**. Pinson's response to Defendants' Motion for Summary Judgment shall be filed by **Tuesday, October 15, 2013**.

DONE AND ORDERED in Chambers at Miami, Florida this 30th day of September, 2013.

                                        _____
                                        ALICIA M. OTAZO-REYES
                                        UNITED STATES MAGISTRATE JUDGE

cc:    U.S. District Judge William J. Zloch
        Counsel of record
        John Pinson, pro se
        526 Westwood Road
        West Palm Beach, FL 33401