**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:12-cv-80675-WJZ**

**John Pinson,** *pro se*

    Plaintiff.

vs

**MIDLAND FUNDING LLC, et al.**

    Defendants/

**PLAINTIFF *PRO SE'S* SECOND MOTION FOR ENLARGMENT OF TIME TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF THIS COURT:

    The Plaintiff *pro se*, John Pinson, files this Motion for Enlargement of Time and in support thereof would show:

1. The current amended response deadline for the Motion for Summary Judgment is October 15, 2013.

2. The Defendant did file a flurry of motions including a Twenty-Five page motion for summary judgment with Five additional page Statement of Undisputed Material Facts, and the Plaintiff *pro se's* work requirements have restricted his time to research a proper response.

3. Additionally, Plaintiff *pro se* is continuing to experiencing severe eyestrain where he cannot spend long periods on the computer and is suffering severe headaches from the same from looking at the screen.

4. Plaintiff is *pro se*, does not have a support staff, and he requires a 14 day enlargement of time to complete his research and to file a proper response in the Court to the Defendant's Motion for Summary Judgment.

5. Plaintiff *pro se* would be prejudiced by not being allowed the necessary time to properly respond.

6. This is the Plaintiff *pro se's* second application for an extension of time in this case; this Motion is filed in good faith, not for any purpose of undue delay, and if granted will not prejudice Defendant or unduly delay these proceedings.

7. In good faith, the Plaintiff *pro se* did confer with the Defendant's counsel who did object to this motion.

**WHEREFORE**, the Plaintiff *pro se* respectfully moves this Court to issue an Order extending the time for Plaintiff *pro se* to respond to Defendant's Motion for Summary Judgment up through and including October 29, 2013.

Dated October 10, 2013

Respectfully Submitted,

John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document is being served upon the below named parties in the service list via first class U.S. mail.

Signed October 10, 2013

John Pinson, *pro se*

**Service List**

**C.J. McHale, Jr., Esq.**
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, Florida 33609

*Counsel of Record for the Defendants:*
Sprechman & Associates, P.A.
Steven B. Sprechman
Scott E. Modlin
Linda E. Singer