UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80675-CIV-ZLOCH

JOHN PINSON,

    Plaintiff,

vs.

MIDLAND FUNDING, LLC; MIDLAND
CREDIT MANAGEMENT, INC.;
ENCORE CAPITAL GROUP, INC.;
SPRECHMAN AND ASSOCIATES, P.A.;
STEPHEN SPRECHMAN; SCOTT MODLIN;
and LINDA E. SINGER,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL AS TO DEFENDANTS MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; AND ENCORE CAPITAL GROUP, INC.**

    THIS MATTER is before the Court upon the Joint Stipulation Of Dismissal (DE 54) filed herein by Plaintiff John Pinson and Defendants Midland Funding, LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation Of Dismissal (DE 54) filed herein by Plaintiff John Pinson and Defendants Midland Funding, LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc., be and the same is hereby approved, adopted, and ratified by the Court; and

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice as to Defendants Midland Funding, LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    22nd    day of October, 2013.

                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:

All Counsel of Record