# "Exhibit A"

John Pinson v. Midland Fulding LLC, et al. - CASE NO. 9:12-cv-80675-WJZ

**GOLDEN SCAZ GAGAIN**
*Professional Limited Liability Company*
ATTORNEYS AT LAW

201 North Armenia Avenue • Tampa, Florida 33609
Telephone: (813) 251-5500 • Fax: (813) 251-3675

**CHARLES J. MCHALE**
DIRECT DIAL: (813) 251-3688

WRITER'S E-MAIL ADDRESS
cmchale@gsgfirm.com

October 11, 2013

John Pinson, Pro Se
526 Westwood Road
West Palm Beach, Florida 33401

    Re.:    John Pinson vs. Sprechman & Associates, P.A.
             Case No.: 9:12-cv-80675-WJZ

Dear Mr. Pinson:

    Enclosed please find the following documents:

1. Doc 66 – Defendant's Motion to Continue Mediation and Memorandum of Law; and
2. Defendant's Notice of Taking Deposition of Plaintiff.

Thank you.

                              Very Truly Yours,

                              GOLDEN SCAZ GAGAIN, PLLC

                              Charles J. McHale   for

CJM/lbb
Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:12-cv-80675

JOHN PINSON,

    Plaintiff,

vs.

MIDLAND FUNDING, LLC
MIDLAND CREDIT MANAGEMENT, INC.,
ENCORE CAPITAL GROUP, INC.,
SPRECHMAN & ASSOCIATES P.A.
STEVEN B. SPRECHMAN
SCOTT E. MODLIN
LINDA E. SINGER

    Defendant.
_____/

## NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the deposition, by oral examination of the person named below, at the time, on the date, at the hour, and at the place indicated:

| NAME | DATE & TIME | LOCATION |
|---|---|---|
| JOHN PINSON | October 25, 2013 at 1:00 p.m. | Esquire Deposition Service<br>515 E. Las Olas Blvd., Ste. 1300<br>Fort Lauderdale, Florida 33301<br>Phone: (954) 331-4400 |

before an associate or deputy court reporter of the office of Esquire Deposition Service, or before their duly designated representative, who is not of counsel to the parties or interested in the events of the cause for the purpose of discovery or evidence, or both, of use in trial, or for such

other purposes as are permitted under the Florida Rules of Civil Procedure and the Florida Statues.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished U.S. Mail to John Pinson, Pro Se, 526 Westwood Road, West Palm Beach, FL 33401 on this 10th day of October, 2013.

_____
Charles J. McHale, Esquire
Florida Bar No.: 0026555
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida  33609
Telephone:  (813) 251-5500
Facsimile:   (813) 251-3675
E-mail: cmchale@gsgfirm.com

cc: Esquire Deposition Solutions
     mburnell@esquiresolutions.com